1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) CR. S-08-0089 LKK
                                  )
12          Plaintiff,            )
                                  )
13      v.                        ) STIPULATION AND ORDER
                                  ) CONTINUING STATUS CONFERENCE
14 DIRULISLAM BILAL ABDULLAH,     )
                                  ) Time: 9:30 a.m.
15          Defendant.            ) Date: Tuesday, April 15, 2008
                                  ) Court: Hon. Lawrence K.
16                                )         Karlton
                                  )
17 ─────────────────────────────  )

18      The parties request that the status conference currently set

19 for Tuesday, April 15, 2008, at 9:30 a.m., be continued to

20 Wednesday, May 28, 2008, at 9:30 a.m., and stipulate that the

21 time beginning April 15, 2008, and extending through May 28,

22 2008, should be excluded from the calculation of time under the

23 Speedy Trial Act.  18 U.S.C. § 3161.

24      The parties are currently involved in pre-trial

25 negotiations.  At issue is the loss amount in this case.  Both

26 sides are actively researching the proper loss amount in light of

27 the facts of this case and the applicable law and regulations.

28

                                  1

1  Based upon the resolution of this issue, the parties anticipate
2  that the matter can be resolved on May 28, 2008.

3       Furthermore, on Monday, April 14, 2008, defense counsel is
4  scheduled to begin a murder trial in state court that is expected
5  to last approximately six weeks.

6       Accordingly, the parties believe that the continuance should
7  be excluded from the calculation of time under the Speedy Trial
8  Act.  The additional time is necessary to ensure effective
9  preparation, taking into account the exercise of due diligence.
10 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The interests of
11 justice served by granting this continuance outweigh the best
12 interests of the public and the defendant in a speedy trial.  18
13 U.S.C. § 3161(h)(8)(A).

14                              Respectfully Submitted,

15                              McGREGOR W. SCOTT
16                              United States Attorney

17

18 DATED: April 11, 2008     By:   /s/ Kyle Reardon
19                              KYLE REARDON
                                Assistant U.S. Attorney
20

21

22 DATED: April 11, 2008     By:   /s/ Kyle Reardon for
23                              RUSSELL W. MILLER, Jr.
                                Attorney for the Defendant
24

25

26

27

28

                                  2

**ORDER**

The status conference in case number S-08-0089 LKK, currently set for Tuesday, April 15, 2008, at 9:30 a.m., is continued to Wednesday, May 28, 2008, at 9:30 a.m., and the time beginning April 15, 2008, and extending through May 28, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: April 14, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3