McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-08-0089 LKK |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| DIRULISLAM BILAL ABDULLAH, | ) Time: 9:30 a.m. |
| | ) Date: Tuesday, May 28, 2008 |
| Defendant. | ) Court: Hon. Lawrence K. |
| | )         Karlton |
| | ) |
| | ) |

   The parties request that the status conference currently set for Wednesday, May 28, 2008, at 9:30 a.m., be continued to Tuesday, July 1, 2008, at 9:30 a.m., and stipulate that the time beginning May 28, 2008, and extending through July 1, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

   The United States has presented to defense counsel a possible plea agreement.  Due to other commitments, defense counsel has been unable to discuss this offer with his client, nor has he been able to conduct the necessary research into

1

1  several outstanding issues.  Based upon the resolution of these
2  issues, the parties anticipate that the matter can be resolved on
3  July 1, 2008.
4      Accordingly, the parties believe that the continuance should
5  be excluded from the calculation of time under the Speedy Trial
6  Act.  The additional time is necessary to ensure effective
7  preparation, taking into account the exercise of due diligence.
8  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The interests of
9  justice served by granting this continuance outweigh the best
10 interests of the public and the defendant in a speedy trial.  18
11 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


 DATED: May 23, 2008         By:    /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney



 DATED: May 23, 2008         By:    /s/ Kyle Reardon for
                                    RUSSELL W. MILLER, Jr.
                                    Attorney for the Defendant

**ORDER**

The status conference in case number S-08-0089 LKK, currently set for Wednesday, May 28, 2008, at 9:30 a.m., is continued to Tuesday, July 1, 2008, at 9:30 a.m., and the time beginning May 28, 2008, and extending through July 1, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.
IT IS SO ORDERED.

DATED: May 27, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT