RUSSELL W. MILLER, JR. (CA SB# 187728)
Miller Law Group
901 H Street, Suite 620
Sacramento, California 95814
916-447-7223

Attorney for Defendant
DIRULISLAM ABDULLAH

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-089 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| DIRULISLAM ABDULLAH, ) | |
| Defendant, ) | |
| _____ ) | |

It is hereby stipulated and agreed to by Dirulislam Abdullah, by and through his counsel Russell W. Miller, Jr., and United States of America, by and through, Assistant United States Attorney, that the status conference presently set for Tuesday, July 1, 2008 at 9:30 a.m. be vacated and rescheduled for a status conference on Tuesday, July 22, 2008, at 9:30 a.m.

It is further stipulated that the period from July 1, 2008, through and including July 22, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

1  Respectfully submitted,

3  Dated: July 1, 2008

4  　　　　　　　　　　　　　　　　　　/s/ Russell W. Miller, Jr.
　　　　　　　　　　　　　　　　　　RUSSELL W. MILLER, JR.
5  　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　Dirulislam Abdullah

6  Dated: July 1, 2008

8

9  　　　　　　　　　　　　　　　　　　/s/ Kyle Reardon[1]
　　　　　　　　　　　　　　　　　　KYLE REARDON
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

12  IT IS SO ORDERED.

13  Dated: July 7, 2008

14  　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
15  　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

---

28  [1] Signed per telephonic authorization.