McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. S-08-0089 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| DIRULISLAM BILAL ABDULLAH, | ) Time: 9:30 a.m. |
| | ) Date: Tuesday, July 22, 2008 |
| Defendant. | ) Court: Hon. Lawrence K. |
| | )            Karlton |
| | ) |
| | ) |

The parties request that the status conference currently set for Tuesday, July 22, 2008, at 9:30 a.m., be continued to Tuesday, August 5, 2008, at 9:30 a.m., and stipulate that the time beginning July 22, 2008, and extending through August 5, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The United States has presented to defense counsel an offer to plead.  It is likely that the defendant will enter a change of plea during his next appearance.  However, due to ongoing matters in state court as well as the need to research the issue of loss

1

1  in this case, defense counsel has been unable to prepare his
2  client adequately for a change of plea hearing on Tuesday, July
3  22, 2008.
4      Accordingly, due to defense counsel's research and need to
5  prepare, the parties believe that the continuance should be
6  excluded from the calculation of time under the Speedy Trial Act.
7  The additional time is necessary to ensure effective preparation,
8  taking into account the exercise of due diligence.  18 U.S.C. §
9  3161(h)(8)(B)(iv); Local Code T4.  The interests of justice
10 served by granting this continuance outweigh the best interests
11 of the public and the defendant in a speedy trial.  18 U.S.C. §
12 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


 DATED: July 19, 2008        By:    /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney



 DATED: July 19, 2008        By:    /s/ Kyle Reardon for
                                    RUSSELL W. MILLER, Jr.
                                    Attorney for the Defendant

**<u>ORDER</u>**

The status conference in case number S-08-0089 LKK, currently set for Tuesday, July 22, 2008, at 9:30 a.m., is continued to Tuesday, August 5, 2008, at 9:30 a.m., and the time beginning July 22, 2008, and extending through August 5, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: July 21, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT