RUSSELL W. MILLER, JR. (CA SBN 187728)
Miller Law Group
901 H Street, Suite 620
Sacramento, CA  95814
Phone:  916-447-7223
Fax:      916-444-6456

Attorney for Defendant
DIRULISLAM ABDULLAH

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-089 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING HEARING |
| v. ) | |
| ) | |
| DIRULISLAM ABDULLAH, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to by Dirulislam Abdullah, by and through his counsel Russell W. Miller, Jr., and United States of America, by and through, Assistant United States Attorney, Kyle Reardon, that the sentencing hearing presently set for Tuesday, January 6, 2009 at 1:30 p.m. be vacated and rescheduled for a sentencing hearing on Tuesday, January 13, 2009, at 9:15 a.m.

///

///

///

///

1
2  Respectfully submitted,
3
4  Dated: January 5, 2009
5                                                    /s/ Russell W. Miller, Jr.
                                                     RUSSELL W. MILLER, JR.
6                                                    Attorney for Defendant,
                                                     Dirulislam Abdullah
7
   Dated: January 5, 2009
8
9
                                                     /s/ Kyle Reardon[1]
10                                                   KYLE REARDON
                                                     Assistant United States Attorney
11
12
13  IT IS SO ORDERED.
14  Dated: January 5, 2009
15                                                   _____
                                                     LAWRENCE K. KARLTON
16                                                   SENIOR JUDGE
                                                     UNITED STATES DISTRICT COURT
17
18
19
20
21
22
23
24
25
26
27
28      [1] Signed per telephonic authorization.