RUSSELL W. MILLER, JR. (CA SBN 187728)
Miller Law Group
901 H Street, Suite 107
Sacramento, CA 95814
Phone: 916-447-7223
Fax: 916-444-6456

Attorney for Defendant
DIRULISLAM ABDULLAH

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-089 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | EXTENDING TURN-IN DATE |
| v. ) | |
| ) | |
| DIRULISLAM ABDULLAH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed to by Dirulislam Abdullah, by and through his counsel Russell W. Miller, Jr., and United States of America, by and through, Assistant United States Attorney, Kyle Reardon, that the turn-in date presently set for Tuesday, March 3, 2009 be vacated and rescheduled for Tuesday, March 17, 2009.

///

///

///

///

Respectfully submitted,

Dated: March 2, 2009

/s/ Russell W. Miller, Jr.
RUSSELL W. MILLER, JR.
Attorney for Defendant,
Dirulislam Abdullah

Dated: March 2, 2009

/s/ Kyle Reardon[1]
KYLE REARDON
Assistant United States Attorney

IT IS SO ORDERED.

Dated: March 3, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Signed per telephonic authorization.