RUSSELL W. MILLER, JR. (CA SBN 187728)
Miller Law Group
901 H Street, Suite 107
Sacramento, CA  95814
Phone:  916-447-7223
Fax:      916-444-6456

Attorney for Defendant
DIRULISLAM ABDULLAH

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-089 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PROBATION MODIFICATION HEARING |
| v. | |
| DIRULISLAM ABDULLAH, | |
| Defendant. | |

It is hereby stipulated and agreed to by Dirulislam Abdullah, by and through his counsel Russell W. Miller, Jr., and United States of America, by and through, Assistant United States Attorney, Kyle Reardon, that the probation modification hearing presently set for Tuesday, April 7, 2009 at 9:15 a.m. be vacated and rescheduled for a probation modification hearing on Tuesday, June 9, 2009, at 9:15 a.m.

///

///

///

///

Respectfully submitted,

Dated: April 6, 2009

          /s/ Russell W. Miller, Jr.
          RUSSELL W. MILLER, JR.
          Attorney for Defendant,
          Dirulislam Abdullah

Dated: April 6, 2009

          /s/ Kyle Reardon[1]
          KYLE REARDON
          Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 6, 2009

          LAWRENCE K. KARLTON
          SENIOR JUDGE
          UNITED STATES DISTRICT COURT

---

[1] Signed per telephonic authorization.