UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DIRULISLAM BILAL ABDULLAH,

        Defendant.

                                NO. CR. S-08-89 LKK

<u>O R D E R</u>

The government has filed an opposition to defendant's motion to modify probation. For all the reasons set forth therein, defendant's motion is DENIED.

IT IS SO ORDERED.

DATED: April 8, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1